**Opinion issued January 7, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00975-CR

————————————

## IN RE WILLIAM SOLOMON LEWIS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, William Solomon Lewis, has filed a petition for a writ of mandamus, contending that the trial court has failed to consider or rule on his application for a writ of habeas corpus seeking a reduction in the amount of his bail.[1] We deny the petition.

---

[1] The underlying case is *The State of Texas v. William Solomon Lewis*, cause number 1652421, pending in the 185th District Court of Harris County, Texas, the Honorable Jason Luong presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).